**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

Torres,
      Plaintiff(s),

        v.

Fuller Hospital,
      Defendant(s),

CIVIL ACTION

NO. <u>22-40049-TSH</u>

<u>**ORDER OF DISMISSAL**</u>

<u>Hillman, D. J.</u>

    In accordance with the Court's Order issued on 6/8/22, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                  By the Court,

<u>  6/8/22  </u>                                     <u> /s/ Martin Castles </u>
   Date                                           Deputy Clerk